IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-1352-PSF-BNB

WILLIS ROUSE,

Applicant,

v.

PAROLE BOARD, and
PAROLE OFFICER SHERRI STONEKING,

Respondents.
_____

**ORDER**
_____

This matter is before me on **Plaintiffs** [sic] **Response to Recommendation of United States Magistrate Judge and Motion to Consider** (the "Motion"), filed June 14, 2005. The petitioner has two separate cases pending in this Court: this habeas action and a civil rights action (04-cv-2248-WYD-MJW). By recommendation issued June 3, 2005 (filed June 6, 2005), I recommended that the petitioner's habeas application be dismissed as moot because the relief he sought was granted after he filed his application.[1] The petitioner requests the court "consider" that a recommendation to dismiss his civil rights action was issued on May 11, 2005. The Motion is not a model of clarity, but it appears that the petitioner further requests a hearing with both judges to discuss the interplay between the two cases. The status of the petitioner's civil rights action has no bearing on my decision to recommend dismissal of the petitioner's habeas

---

[1] The plaintiff states that he has no objections to my decision to recommend that the application be dismissed as moot. *Motion*, ¶ 1.

application[2].  Accordingly,

       IT IS ORDERED that the Motion is DENIED.

       Dated June 20, 2005.

                                         BY THE COURT:

                                         /s/ Boyd N. Boland
                                         United States Magistrate Judge

---

[2]To the extent the petitioner seeks reconsideration of the recommendation issued in his civil rights action, he must file a motion to reconsider in that action.