IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-01352-PSF-BNB

WILLIS ROUSE,

    Applicant,

v.

PAROLE BOARD, and
PAROLE OFFICER SHERRI STONEKING,

    Defendants.

**ORDER ACCEPTING AND ADOPTING
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

THIS MATTER is before the Court on the Recommendation of United States Magistrate Judge (Dkt. # 42), filed June 6, 2005, in which Magistrate Judge Boland recommends that the Court deny the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 of William Rouse.  In his Application, Mr. Rouse alleges that the Parole Board and Parole Officer Sherri Stoneking refuse to discharge his parole.  Also before the Court is Mr. Rouse's Response to Recommendation of United States Magistrates, Judge (Dkt. # 43), filed June 14, 2005.  Including in that filing is what appears to be a motion to reconsider the Recommendation, which the Magistrate Judge denied on June 20, 2005.  This Court's review of the Recommendation is therefore now ripe and governed by 28 U.S.C. § 636(b)(1) and F.R.Civ.P. 72(b).

In his response, Mr. Rouse admits that his parole was discharged.  He states "Plaintiff has no objections to the Honorable Judges decissions and that since Plaintiffs

parole has been discharged which renders his application as being Moot in which leaves this Honorable Court no other alternative but to deny the application as being Moot . . . ." Response at 1. Based on this admission, and because Mr. Rouse has no objection to the denial of his application, and further because the Recommendation is a correct application of the facts and the law, the Court hereby DENIES as moot the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.

Mr. Rouse also appears to request that the Court take into consideration that he has pending before Judge Daniel a civil rights action pursuant to 42 U.S.C. § 1983 (*Rouse v. Colorado State Board of Parole, et al.,* 04-cv–02248-WYD-MJW), and hold a hearing on the interplay of the two cases. The Court has considered this request and finds that the existence of a separate, unrelated civil rights action does not affect the Court's decision here, and a hearing is not necessary to reach this determination. To the extent that Mr. Rouse seeks a hearing in his pending civil rights action, he is directed to request such with Judge Daniel. Therefore, it is ORDERED as follows:

1. The Court ACCEPTS and ADOPTS the Recommendation of United States Magistrate Judge (Dkt. # 42);

2. The Court DENIES as moot the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Dkt. # 8);

3. Plaintiff's request for a hearing is DENIED; and

4. This case is DISMISSED with prejudice.

DATED: July 8, 2005

BY THE COURT:

s/ Phillip S. Figa
_____
Phillip S. Figa
United States District Judge